UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RANDY SPRINGER, | Case No. 2:15-cv-02471-APG-PAL |
| Plaintiff, | ORDER |
| v. | (Subst Atty – Dkt. #32) |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

This matter is before the court on Defendant U.S. Bank National Association's Substitution of Attorney (Dkt. #32) filed January 8, 2016. Chelsea Crowton of Wright, Finlay & Zak, LLP seeks leave to be substituted in the place and stead of Joseph Froehlich of Locke Lord LLP for Defendant U.S. Bank National Association, as Trustee for the MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass Through Certificates, Series 2005-HE1. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #32) is **APPROVED**.

/ / /

/ / /

/ / /

1

2. Chelsea Crowton of Wright, Finlay & Zac LLP is substituted in the place of Joseph Froehlich of Locke Lord LLP, for Defendant U.S. Bank National Association, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 19th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE