UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDY SPRINGER,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 2:15-cv-02471-APG-PAL<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 58) |

Plaintiff Randy Springer moves for entry of default judgment against defendant Mortgage Asset Securitization Transactions, Inc. ("MAST"). ECF No. 58. However, no default has been entered against MAST. Pursuant to Federal Rule of Civil Procedure 55, a default judgment cannot be entered until a default is first entered. Mr. Springer was notified about this over two years ago, but has not yet obtained default against MAST. *See* ECF No. 22.

IT IS THEREFORE ORDERED that Springer's motion for entry of default **(ECF No. 58) is DENIED WITHOUT PREJUDICE**.

DATED this 22nd day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE